

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00008-CV

_____

TFHSP SERIES L.L.C., SERIES N 6 AND
THE STIRRUP IRON 6048 LAND TRUST, Appellants

V.

BANK OF AMERICA, N.A., ET AL., Appellees

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-0265740-13

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

The appellants, TFHSP Series L.L.C., Series N 6, and The Stirrup Iron 6048 Land Trust, have filed an agreed motion to dismiss the pending appeal in this matter.[1] The appellants represent that the parties have reached a full and final settlement and that they no longer desire to prosecute this appeal.

The appellants' motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

Jack Carter
Justice

Date Submitted: June 4, 2014
Date Decided: June 5, 2014

---

[1]Originally appealed to the Second Court of Appeals in Fort Worth, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.